

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

April 9, 2021

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Darnell King*, 21 Mag. 3775

Dear Judge Krause:

    The complaint in the above-referenced case was originally filed under seal. On April 8, 2021, the defendant was arrested. As a result, the Government respectfully requests that the Court unseal the complaint.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      United States Attorney

        By:    /s/ Jason M. Swergold
                  Jason M. Swergold
                  Assistant United States Attorney
                  Tel: (914) 993-1963

SO ORDERED:

*[signature]*
---
HONORABLE ANDREW E. KRAUSE
UNITED STATES MAGISTRATE JUDGE